# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MANUEL BALESTIER,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:04-cv-1185-Orl-KRS**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **OPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)**
>
> **FILED:**       **March 31, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

By the present motion, the Commissioner seeks reversal of her previous decision pursuant to sentence four of 42 U.S.C. § 405(g), and remand for further proceedings to do the following:

> [f]urther evaluate the severity of [Balestier's] mental impairment, address any nonexertional limitations [Balestier] may have as the result of considering the report of Dr. Ada Ramirez [], update records from [Balestier's] treating sources, obtain [] consultative mental status and internal medical examinations with medical source statements about what [Balestier] can do despite his impairments, obtain vocational expert testimony based on the expanded record as needed, and conduct any other action the Commissioner deems necessary.

Doc. No. 16. The Commissioner stated that Plaintiff Manuel Balestier opposed the present motion, but Balestier did not file a response to the motion stating the grounds for such opposition. Therefore, I treat the motion as unopposed.

Because the Commissioner concedes that the previously entered decision should be reversed, and Balestier did not timely file a response opposing the requested relief, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and that this case is **REMANDED** to the Commissioner of Social Security for further proceedings.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties