**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MANUEL BALESTIER,**

                **Plaintiff,**

**-vs-**                                              **Case No.  6:04-cv-1185-Orl-28KRS**

**JO ANNE B. BARNHART, COMMISSIONER**
**OF THE SOCIAL SECURITY**
**ADMINISTRATION,**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is reversed  and this case is remanded to the Commissioner of Social Security for further proceedings.

Date:  April 26, 2005

                                                SHERYL L. LOESCH, CLERK

                                                s/ *M. Pleicones*, Deputy Clerk