# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MANUEL BALESTIER,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:04-cv-1185-Orl-28KRS**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 20)**
>
> **FILED:** **July 27, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Manuel Balestier, seeks an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on April 25, 2005. Doc. No. 17. An award of fees, costs and expenses is, therefore, ripe for consideration.

Balestier's attorney seeks $2,957.42 in attorney's fees for 19.35 hours of work.  Doc. No. 2 at 1.  The hourly rates he seeks are $151.65 for 3.50 hours of work performed in 2004 and $153.10 for 15.85 hours of work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living.  Doc. No. 22 ¶ 8.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  After reviewing the papers submitted by Balestier, I find that the fees requested are appropriate in the absence of objection.

Balestier also seeks reimbursement for $29.75 in expenses.  The Commissioner does not oppose these costs and expenses.  Because there is no objection to these costs and expenses, I find that they were reasonably incurred.

It is, therefore, **ORDERED** that Balestier is awarded $2,957.42 in attorney's fees and $29.75 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties